**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 01-31284
_____

MARGARET VIAL,

Plaintiff-Appellant,

VERSUS

BELLSOUTH TELECOMMUNICATIONS, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
_____

(00-CV-3192-F)

August 9, 2002

Before JOLLY, DUHÉ, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. _See_ 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.